IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARRELL VOGEL, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:22-CV-318-MJT-CLS |
| | § | |
| HARDIN COUNTY, TEXAS, CITY OF | § | |
| LUMBERTON, TEXAS, MELISSA | § | |
| MINTON, DANNY SULLINS, DALE | § | |
| TINSLEY, FNU STRANGE, FNU POWELL, | § | |
| BRANDY HEART, | § | |
| *Defendants*. | § | |

**ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Darrell Vogel brought this lawsuit alleging claims under 42 U.S.C. § 1982.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  On October 18, 2022, the magistrate judge entered a Report and Recommendation [Dkt. 6] in which she recommended dismissing this case, without prejudice, for want of prosecution.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. To date, no objections to the report have been filed.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report and Recommendation of the United States Magistrate Judge [Dkt. 6] is ADOPTED.  This is case is DISMISSED WITHOUT PREJUDICE.

**SIGNED this 15th day of November, 2022.**

Michael J. Truncale
United States District Judge